Robert L. Richmond, ABA #7011069
Kenneth M. Gutsch, ABA #8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 276-5727
FAX: (907) 276-2953
E-mail: brichmond@richmondquinn.com
E-mail: kgutch@richmondquinn.com

Attorneys for defendant
Altec Industries, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL R. ANDERSON,<br><br>                  Plaintiff,<br><br>v.<br><br>ALTEC INDUSTRIES, INC.,<br><br>                  Defendant. | Case No. 3:08-cv-00170 (JWS) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees. The parties are not aware of any other cases pending regarding the subject accident.

LAW OFFICE OF JOSEPH L. KASHI
Attorneys for Plaintiff
Michael R. Anderson

DATED: 8-25-08    By: _____
Joseph L. Kashi
ABA No. 7811107
kashi@alaska.net


RICHMOND & QUINN
Attorneys for Defendant
Altec Industries, Inc.
Email: kgutsch@richmondquinn.com

DATED: Aug 21, 2008   By: _____
Kenneth M. Gutsch
ABA No. 7811186

2306.001\Pld\Stipulation for Dismissal

Anderson v. Altec Industries, Inc.; Case No. 3:08-cv-00170 (JWS)
PAGE 2